Samuel L. Chinman and Charles Puksansky, Respondents, v. Louis Liebross, etc., Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Burr, Thomas, Carr, Woodward and Rich, JJ., concurred.

William H. Coonan, Respondent, v. Hamburg-American Packet Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Pagnillo* v. *Mack Paving & Const. Co.* (142 App. Div. 491). Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Marie Enteman, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Seamon Frank, Respondent, v. Adolph Firestone, Appellant.— Order affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Israel Hartman, Appellant, v. Charles I. Silverman, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Annie A. McGlone, Appellant, v. Henrietta Timmoney, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Marguerite Belle Morrison and Beecher B. Burchell, Appellants, v. Richard W. Burchell and Others, Individually and as Executors, etc., of Angelina A. Burchell, Deceased, Respondents, Impleaded with Mary A. Burchell, Wife of the Defendant, Richard W. Burchell, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with permission to the appellants to apply within twenty days after entry of order herein to Special Term for leave to serve an amended complaint. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Fannie Pitman, as Administratrix, etc., of Samuel Pitman, Deceased, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Max Schwartz, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Edwin Rosebrook, Respondent, v. Westinghouse, Church, Kerr & Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

George C. De Lacy, Plaintiff, v. William F. Kelly and Others, Defendants.— Motion for stay granted on condition that plaintiff give an under-